**Dismiss and Opinion Filed July 17, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

## No. 05-13-00235-CV

_____

**ANTONIO RENAULD HENDERSON, Appellant**

**V.**

**VICTRON STORES, LP D/B/A GATEWAY #24 SHELL, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03771-M**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated February 19, 2013, the Court directed appellant to pay the $175 filing fee within ten days. We warned appellant that failure to do so would result in dismiss of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). To date, appellant has neither paid the filing fee, filed any documentation to show he is entitled to proceed without payment of the fee, nor otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

/Carolyn Wright/<br>CAROLYN WRIGHT<br>CHIEF JUSTICE

130235F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTONIO RENAULD HENDERSON,
Appellant

No. 05-13-00235-CV     V.

VICTRON STORES, LP D/B/A
GATEWAY #24 SHELL, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-03771-M.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Victron Stores, LP d/b/a Gateway #24 Shell recover its costs of this appeal, if any, from appellant Antonio Renauld Henderson.

Judgment entered July 17, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–